IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| COREY-CORNELIUS ASHE; AIRE NATION SOLE CORPORATION; and COREY CORNELIUS ASHE ESTATE BENEFICIAL CORPORATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 124-223 |
| GEORGIA DEPARTMENT OF FINANCE & BANKING; TGPS 2990, LLC; HAROLD G BENEFIELD; BRIAN PORTER KEMP; TIMOTHY CHASE WARD; TYRONE OLIVER; CHRISTOPHER MICHAEL CARR; and BRAD J. RAFFENSPERGER, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff Corey-Cornelius Ashe, incarcerated at Telfair State Prison in Helena, Georgia, filed a pleading in the Augusta Division of the Southern District of Georgia which the Clerk of Court interpreted as a civil rights complaint filed pursuant to 42 U.S.C. § 1983, and he seeks to proceed *in forma pauperis* ("IFP"). However, upon review of Plaintiff's pleading, it is unclear whether he is attempting to assert civil rights claims against Defendants located in and around Atlanta, Georgia, or is attempting to petition for habeas corpus relief from convictions obtained in Clayton County, Georgia.[1]

---

[1] In his request for relief, Plaintiff seeks his immediate release from confinement and damages in the amount of $450,976,000. (Doc. no. 1, p. 9.) Publicly available records show

Under either interpretation of Plaintiff's pleading, the case does not belong in the Southern District of Georgia. If Plaintiff intends to bring a civil rights complaint against Atlanta-based Defendants, for actions which occurred in and around the Atlanta area, the proper venue is the Northern District of Georgia. See 28 U.S.C. § 1391(b). If Plaintiff seeks habeas corpus relief, it is the practice of this Court to transfer an action attacking a conviction to the District in which the original criminal proceedings were conducted, see 28 U.S.C. § 2241(d), which in this case would also be the Northern District of Georgia.

Accordingly, the Court **ORDERS** this case **TRANSFERRED** to the Northern District of Georgia. The Court also **DIRECTS** the Clerk to forward the file to that District. For Plaintiff's information, the mailing address for future filings in the Northern District of Georgia is: Clerk, U.S. District Court, Northern District of Georgia, 2211 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303-3361.

SO ORDERED this 12th day of December, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

Plaintiff is incarcerated as a result of multiple convictions obtained in Clayton County, Georgia. See https://www.claytoncountyga.gov/government/courts/court-case-inquiry; select Criminal Search, Name Search; Select All courts for "Ashe, Corey"; Submit Name Search (last visited Dec. 12, 2024); see also https://gdc.georgia.gov; Select Offender Info, Find an Offender; Search Now; I agree; Search "Ashe, Corey"; Submit Form; View Offender Info (last visited Dec. 12, 2024).